THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Michael Rocca,

      Plaintiff,

      vs.

Denny's, Inc. dba Denny's #0449, et al.,

      Defendants.

_____/

Case No.  2:13-cv-07320-DMG-AS

**Order re: Joint Stipulation for Dismissal [26]**

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendants Denny's, Inc. and Lucky Montebello Shopping Center, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

DATED:  August 4, 2014

_____

DOLLY M. GEE

UNITED STATES DISTRICT JUDGE